IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
In Admiralty
CIVIL ACTION NO. 4:17-cv-173-FL

BLUE WATER MARINE, INC. d/b/a, SEA )
TOW CRYSTAL COAST, )
  )
  )
Plaintiff )
v. )    **ENTRY OF DEFAULT**
  )
PERCY BEVERLEY, *in personam*, and AN )
UNNAMED 2004 MODEL, 28 FOOT )
HYDRA-SPORTS VESSEL, *in rem*, )
  )
Defendants )

THAT WHEREAS, it has been made to appear to the undersigned Clerk of the United

States District Court for the Eastern District of North Carolina, upon Affidavit that Summons

and Motion to Confirm Arbitration Award pursuant to 9 U.S.C. §9 in this action were served on

the Defendant, Percy Beverley on December 31, 2017, and the time with which to answer or

otherwise plead has expired, said time has not been extended and no answer or other pleading

has been filed by the Defendant and the Defendant has not otherwise appeared to defend this

action;

AND, that the Defendant is otherwise subject to Entry of Default as provided by Rule 55

(a) of the Federal Rules of Civil Procedure.

NOW, THEREFORE, Entry of Default is hereby entered against Percy Beverley, as

provided by Rule 55 (a) of the Federal Rules of Civil Procedure.

This the 30th day of April, 2018.

Clerk, U.S. District Court
Eastern District of North Carolina